UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SALVATORE TRAMAGLINO, | No. 2:12-cv-2956 JAM CKD P |
| Petitioner, | |
| v. | ORDER |
| RON BARNS, | |
| Respondents. | |

Petitioner is a former California prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges the result of 2010 prisoner disciplinary proceedings.  Respondent has filed with the court a document which reveals petitioner's sentence of imprisonment was recently reduced from 28-years-to-life imprisonment to time already served in prison which appears to be approximately 10 years.  Since petitioner has been released from prison, his challenge to 2010 prisoner disciplinary proceedings appears to be moot.

/////

/////

/////

/////

/////

1

1   Good cause appearing, IT IS HEREBY ORDERED that, within 14 days, petitioner inform the court of any objection he may have to this action being dismissed as moot. If petitioner files no objections, the court will recommend that this action be dismissed.

Dated: October 1, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
tram2956.dis