1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH SALVATORE TRAMAGLINO,              No.  2:12-cv-2956 JAM CKD P

12                      Petitioner,

13          v.                                 FINDINGS AND RECOMMENDATIONS

14   RON BARNS,

15                      Respondent.

16

17          Petitioner is a former California prisoner proceeding pro se with an application for writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges the result of 2010 prisoner

19   disciplinary proceedings.  Respondent has filed with the court a document which reveals

20   petitioner's sentence of imprisonment was recently reduced from 28-years-to-life imprisonment,

21   to time already served in prison which appears to be approximately 10 years.  Since petitioner has

22   been released from prison, his challenge to 2010 prisoner disciplinary proceedings appears to be

23   moot.  On September 30, 2013, the court instructed petitioner to inform the court within 14 days

24   if he has any objection to dismissal of this action (See ECF No. 29).  Petitioner has not responded

25   to the court's order.

26   /////

27   /////

28   /////

                                               1

1      Accordingly, IT IS HEREBY RECOMMENDED that petitioner's petition for writ of

2  habeas corpus be dismissed as moot.

3      These findings and recommendations are submitted to the United States District Judge

4  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

5  after being served with these findings and recommendations, any party may file written

6  objections with the court and serve a copy on all parties.  Such a document should be captioned

7  "Objections to Magistrate Judge's Findings and Recommendations."  In his objections petitioner

8  may address whether a certificate of appealability should issue in the event he files an appeal of

9  the judgment in this case.  See Rule 11, Federal Rules Governing Section 2254 Cases (the district

10  court must issue or deny a certificate of appealability when it enters a final order adverse to the

11  applicant).  Any response to the objections shall be served and filed within fourteen days after

12  service of the objections.  The parties are advised that failure to file objections within the

13  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

14  F.2d 1153 (9th Cir. 1991).

15  Dated:  October 21, 2013

16

17                 CAROLYN K. DELANEY
                   UNITED STATES MAGISTRATE JUDGE

18

19

20

21  1
  tram2956.fnrs
22

23

24

25

26

27

28